### 325 ·

Blanche Gomes
vs.
Howard Braiding Company

W. C. A. Pet. No. 226

RESCRIPT
April 19, 1919

TANNER, P. J. The petitioner was injured on November 9, 1917, by receiving a blow from a falling ladder upon her right hand. She claims that said injury has persisted up to the present time and that she has not recovered from it. The medical testimony, however, indicates that she sustained no fracture and no wound, only a slight swelling which quickly subsided. She claims that sha has sustained a neuritis from said accident which still persists. She has sustained no atrophy of the parts.

Upon the weight of the medical testimony we are of the opinion that the petitioner has very greatly exaggerated her injury and that we are not justified in allowing her compensation. for more than six weeks following the injury. We will therefore allow compensation for that time.

For petitioner: Cooney and Cooney.

For respondent: Frederick A. Jones.

---

### 326

Mrs. John White
vs.
Barstow Stove Company

W.C.A. No. 178

RESCRIPT
April 19, 1919

TANNER, P. J. This is a Workman's Compensation case and is brought by dependants to recover compensation for the death of their father, who died several years after the accident.

The only notice given within the thirty days was a jokng remark by the deceased to his foreman, made in such a way as not to indicate that he had really received any injury. We doubt very much if this could be considered such knowledge on the part of the company as would dispense with the written notice. The knowledge ought to be a knowledge of something that really was an injury which might result in such loss of time as would make the company liable. A mere joking remark as to an accident, without indicating that it had injured the employee, does not of itself seem to us to be sufficient knowledge to dispense with the written notice, it being accompanied by no claim for compensation.

Furthermore, it is very doubtful if it can be said that the accident resulted in the death some two or three years afterwards.

The petition is therefore denied.

For petitioner: J. C. Semenoff.

For respondent: Albert B. West.